NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANDARD FURNITURE MANUFACTURING CO., INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1230

---

Appeal from the United States Court of International Trade in case no. 07-CV-0028, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

### ORDER

The United States and Committee for Legal Trade move for summary affirmance. Standard Furniture Manufacturing Co., Inc. opposes.

The court deems it the better course for the appeal to be fully briefed and decided by a merits panel.

Accordingly,

IT IS ORDERED THAT:

The motions for summary affirmance are denied. The appellant's initial brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAR 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
     Jeffrey S. Grimson, Esq.
     Patrick V. Gallagher, Esq.
     Jessica R. Toplin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 3 2012

JAN HORBALY
CLERK